Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4128 | **DATE** | 7/8/2002 |
| **CASE TITLE** | SEC vs. Housholder | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Plaintiff SEC's emergency motion to extend the asset freeze and order prohibiting the destruction of documents as to Roger Householder is granted to 7/22/02. Objections to Magistrate Judge's report and recommendation to be filed by 7/19/02. Defendant Householder is granted permission to use $1,000.00 for his household expenses and $2,500.00 for retention of counsel, and these amounts may be withdrawn from either Householder's accounts or from the accounts of Householder Accounting Services, Inc., provided that the total amount withdrawn does not exceed the figures set forth above. Enter Order.

(11) ■ For further detail see order attached to the original minute order.

| | No notices required, advised in open court. | | | **Document Number** |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | JUL 1 0 2002 | |
| | Notified counsel by telephone. | | date docketed | 19 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | courtroom deputy's initials: rs | 02 JUL -9 PM 4:39 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No: 02 C 4128 |
| ROGER A. HOUSEHOLDER, APEX CAPITAL MANAGEMENT CORPORATION, APEX LIMITED PARTNERSHIP, HOUSEHOLDER ACCOUNTING, INC. AND AAPEX EQUITY ADVISORS, INC. | ) ) ) ) ) ) ) ) | JUDGE MANNING<br><br>MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

**DOCKETED**
JUL 1 0 2002

## ORDER

This cause coming to be heard on the Securities and Exchange Commission's Emergency Motion to Extend the Asset Freeze and Order Prohibiting the Destruction of Documents as to Roger Householder, due notice having been given, Plaintiff being represented in Court by counsel and Roger Householder ("Householder") having appeared on his own behalf, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. The current freeze on defendant Householder's assets, including the assets of Householder Accounting Services, Inc., is continued to July 22, 2002. Defendant Householder is granted permission to use $1,000.00 for his household expenses and $2,500.00 for retention of counsel, and these amounts may be withdrawn from either Householder's accounts or from the accounts of Householder Accounting Services, Inc., provided that the total amount withdrawn does not

19

exceed the figures set forth above. Other than as set forth above, defendant Householder is prohibited from transferring, selling, assigning, pledging, dissipating, concealing or otherwise disposing of in any manner, any funds, assets or other property belonging to defendant Householder, or directly or indirectly, in the possession, custody or control of defendant Householder, or in which defendant Householder has a beneficial interest, wherever located and held in whatever name, including, but not limited, to the assets of Householder Accounting Services, Inc.;

2. The order prohibiting defendant Householder from destroying, mutilating, concealing, altering or disposing of in any manner, any of the books, records, documents, correspondence, brochures, manuals, obligations or other property in defendant Householder's possession, custody or control, in whatever form, including electronic, and wherever located is extended to July 22, 2002.

Dated: July 8, 2002

**SO ORDERED:**

_Blanche M. Manning_
United States District Court Judge