Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4128 | **DATE** | 8/9/2002 |
| **CASE TITLE** | SEC vs. Householder, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing held and continued to 10/11/02 at 10:00 A.M..
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Defendant's motion to modify temporary restraining order is granted. Defendant is granted leave to withdraw $3,000.00 from the Householder Accounting Services, Inc. account at TCF Bank. Defendant shall provide plaintiff with a monthly accounting including all income made by him, his business and his wife plus any expenses being paid with the $3,000.00 per month being provided as further set forth in the order. Enter Order. Parties to provide this court with a courtesy copy of a discovery scheduling plan by 8/30/02.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | AUG 1 2 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 36 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| TS | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No: 02 C 4128 |
| ROGER A. HOUSEHOLDER, APEX CAPITAL MANAGEMENT CORPORATION, APEX LIMITED PARTNERSHIP, HOUSEHOLDER ACCOUNTING, INC. AND AAPEX EQUITY ADVISORS, INC. | ) ) ) ) ) ) ) ) | JUDGE MANNING<br><br>MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

**DOCKETED**
AUG 1 2 2002

### ORDER

This cause coming to be heard for status and on the Motion of Roger Householder To Modify The Temporary Restraining Order, Plaintiff being represented in Court by counsel and Roger Householder ("Householder") having appeared on his own behalf, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. The current asset freeze order, entered July 22, 2002 is continued until further order of Court. Defendant Householder is prohibited from transferring, selling, assigning, pledging, dissipating, concealing or otherwise disposing of in any manner, any funds, assets or other property belonging to defendant Householder, or directly or indirectly, in the possession, custody or control of defendant Householder, or in which defendant Householder has a beneficial interest, wherever located and held in whatever name, including, but not limited, to the

assets of Householder Accounting Services, Inc., provided however, that Householder is permitted to withdraw $3000.00 per month for the payment of his ordinary household and business expenses from the Householder Accounting Services, Inc. account at TCF Bank.

2. Defendant Householder shall submit to counsel for the Plaintiff, Securities and Exchange Commission, a monthly accounting of all household income (including that of his wife and Householder Accounting Services, Inc.) and of all expenses paid by withdrawals from the frozen accounts. The monthly accounting will include copies of all supporting documents and will be submitted to counsel for the Plaintiff within 10 days of the close of each monthly period.

3. The parties will file a discovery plan by August 30, 2002.

4. This matter is set for a status hearing on October 11, 2002 at 10:00 a.m.

Dated: August 9, 2002

**SO ORDERED:**

*Blanche M. Manning*
United States District Court Judge