IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITIES AND EXCHANGE COMMISSION, )
                                             )
            Plaintiff,        )
                                             )    Case No. 2 C 4128
                                             )
v.                                        )    Honorable Blanche M.
                                             )    Manning
ROGER A> HOUSEHOLDER,                     )
APEX CAPITAL MANAGEMENT CORPORATION, )
APEX LIMITED PARTNERSHIP,                )
HOUSEHOLDER ACCOUNTING SERVICES , INC.)
and AAPEX EQUITY ADVISORS, INC.      )
                                             )
            Defendants.      )

FILED NOV 18 2002

## MOTION OF ROGER A. HOUSEHOLDER AND HOUSEHOLDER ACCOUNTING SERVICES, INC. TO MODIFY PRELIMINARY INJUNCTION

     Defendant Roger Householder moves to modify the preliminary injunction that limits the use of his assets and those of Householder Accounting Services, Inc., as follows:

     1.   I have represented myself in this case since it was filed because the temporary restraining order entered June 11, 2002, which included an asset freeze, prevented my retaining an attorney. My business, Householder Accounting Services, Inc., has not been represented by counsel. Even after this court modified the order, the amount I am allowed to disburse does not cover basic living expenses for me and my family. The asset freeze is now part of the preliminary injunction entered subsequently by this court.

     2.   On October 30, 2002, this court ordered that fact discovery must be completed by January 13, 2003. On November 15, 2002, the SEC noticed several depositions for late November. I cannot represent myself for these depositions or for trial, and I have requested the services of certain attorneys to represent me and Household Accounting Services, Inc. They are willing to do so



if they have reasonable assurances that they will be compensated for their services.

For these reasons, I request that the court modify the preliminary injunction to allow me and/or Householder Accounting Services, Inc. to disburse an additional $2500.00 per month for my living expenses, excluding legal expenses, and an additional sum, not to exceed $5000.00 per month, for legal expenses.

*Roger A. Householder /RAH*

Roger A. Householder

Roger A. Householder
1119 South Greenwood Avenue
Park Ridge, IL   60068
312/318-0842

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2 C 4128 |
| v. | ) |
| | ) |
| ROGER A. HOUSEHOLDER, | ) |
| APEX CAPITAL MANAGEMENT CORPORATION, | ) |
| APEX LIMITED PARTNERSHIP, | ) |
| HOUSEHOLDER ACCOUNTING, INC. and | ) |
| AAPEX EQUITY ADVISORS, INC. | ) |

NOTICE OF MOTION

FILED
NOV 18 2002
MICHAEL L. ...
CLERK, U.S. D...

To: Mr. Kristopher S. Heston
Senior Attorney-Division of Enforcement
United States Securities and Exchange Commission
Midwest Regional Office
175 West Jackson Boulevard - Suite 900
Chicago, IL 60604
Fax 312-353-7398

Mr. Peter B. Shaeffer
135 South LaSalle Street - Suite 1424
Chicago, IL 60603
Attorney for Apex Capital Management and Apex Limited
Partnership
Fax 312-201-4559

PLEASE TAKE NOTICE that on November 21, 2002, at 11:00 a.m., or as soon thereafter as the parties may be heard, I shall appear before the Honorable Blanche M. Manning, or any other judge sitting in her stead, in Room 2125 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and present a motion to modify the preliminary injunction, a copy of which is attached and hereby served upon you.

49

_____
Roger A. Householder

Roger A. Householder
1119 South Greenwood Avenue
Park Ridge, IL  60068
312/318-0842

## AFFIDAVIT OF SERVICE

Roger A. Householder states under penalties of perjury that he caused a copy of the foregoing to be served by fax delivery on November 18, 2002, before 5:00 p.m., upon the foregoing.

_____
Roger A. Householder

2