## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4128 | **DATE** | 12/6/2002 |
| **CASE TITLE** | \multicolumn{3}{l}{SEC vs. Householder} |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Pursuant to minute order of 11/21/02, preliminary injunction is modified to all Roger Householder to expend up to $5,000.00 per month for attorneys' fees and his motion to expend an additional $2,500.00 (for a total of $7,500.00) for all other expenses, is granted for one month only. Said motion is otherwise entered and continued until further order of court. Enter Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | DEC 10 2002 date docketed | |
| ✓ | Docketing to mail notices. | | | 51 |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | 02 DEC -9 PM 3:47 | date mailed notice | |
| rs | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,    )
                                       )
                                       )
                    Plaintiff,         )
                                       )   Case No. 2 C 4128
v.                                     )
                                       )
ROGER HOUSEHOLDER,                     )
APEX CAPITAL MANAGEMENT CORPORATION,   )
APEX LIMITED PARTNERSHIP,              )
HOUSEHOLDER ACCOUNTING, INC. and       )
AAPEX EQUITY ADVISORS, INC.            )

ORDER

   Status hearing re-set for 01/24/03 at 10:00 a.m. Motion of Roger A. Householder and Householder Accounting Services, Inc. to modify preliminary injunction to allow him to expend up to $5,000 per month for attorneys' fees and his motion to expend an additional $2,500 per month (for a total of $7,500) for all other expenses, is granted for one month only. Said motion is otherwise entered and continued until further order of court.

_____
Judge Blanche Manning