# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 02 C 4128 | DATE | 8/5/2004 |
| CASE TITLE | SEC vs. Householder, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]   Defendants' motion to modify the preliminary injunction entered on 10/1/02 is granted. Enter Order.
(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | 8/05/04 date docketed |
| ✓ | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| | courtroom | 2004 AUG -5 PM 4:36 |
| rs | deputy's initials | date mailed notice |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

Document Number: 67

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITIES AND EXCHANGE COMMISSION, )
)
Plaintiff, )
) Case No. 2 C 4128
v. )
)
ROGER A. HOUSEHOLDER, et al. )
)
Defendants. )

ORDER

On the motion of defendant Roger A. Householder to modify the preliminary injunction entered October 1, 2002 to allow the sale of his residence, due notice having been given, and the court having been advised,

IT IS HEREBY ORDERED:

That defendant Roger A. Householder is granted leave to sell his residence, located at 1119 South Greenwood Avenue, Park Ridge, IL, on the following conditions:

1) that 50% of the proceeds of the sale of said residence shall be deposited directly with the clerk of this court forthwith, where they shall remain until further order of court;

2) that within three days of the sale, Roger A. Householder shall provide plaintiff with a copy of the closing statement and with his sworn statement that the buyer(s) of the residence were unknown to him and his spouse prior to their offer to purchase the residence;

3) that the attorney representing him and his spouse in the sale of the residence be provided with a copy of this order at or before the closing;

4) that the attorney who has represented him in the Bankruptcy Court in this district be provided

with a copy of this order within ten days of the closing.

ENTER:

*Blanch M. Manning*

Blanch M. Manning
District Judge